1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CABN 154364)
   Assistant United States Attorney
4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5082
   FAX: (408) 535-5081
6  claire.cormier@usdoj.gov
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINA VEGA BAROCIO, | CASE NO. 5:18-cv-6864 SVK |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST TO LODGE CERTIFIED ADMINISTRATIVE RECORD UNDER SEAL AND TO EXTEND DEADLINE FOR FILING OF ANSWER AND LODGING OF CERTIFIED ADMINISTRATIVE RECORD |
| v. | |
| KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security; L. FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services; JAMES WYROUGH, San Jose Field Office Director, U.S. Citizenship and Immigration Services, | |
| Defendants. | |

The Court, having considered the parties' Stipulation Requesting Order to Lodge Certified Administrative Record Under Seal and to Extend Deadline for Filing of Answer and Lodging of Certified Administrative Record, and good cause appearing therefore, the Court hereby GRANTS the stipulated request. The Court orders that the Certified Administrative Record (CAR) be sealed in its entirety.

The Court notes that the issuance of this Order does not automatically grant permission for filing any other documents in this case under seal. The Court therefore further orders that, should any party wish to refer to any portions of the CAR that include private or confidential information as described in the stipulated request in any court filings, counsel for the parties shall confer regarding whether the information is in fact private or confidential. If either party deems it necessary to reference any private

or confidential material in their motion for summary judgment, such party will seek permission to file under seal pursuant to Civil L.R. 79-5.

The Court further orders that Defendants may have an extension of time to February 22, 2019 to file their response to the Complaint in this action and to lodge the sealed Certified Administrative Record.

**IT IS SO ORDERED.**

DATED: February 19, 2019

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge